MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
*Attorneys for Plaintiff, Massachusetts Mutual Life Insurance Company*

By:_____
    Brian W. Keatts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,

    Plaintiff,

vs.

HOFSTRA UNIVERSITY,

    Defendant.

: ECF CASE (GEL)
:
: CIVIL ACTION NO.
:
: 08 CIV 7066
:
:
:
:
:
:

---

CIVIL ACTION – RULE 7.1

---

The following is a list of all corporate parents of Massachusetts Mutual Life Insurance Company which own more than 10% of its stock: **None**.

                                                       McELROY, DEUTSCH, MULVANEY
                                                       & CARPENTER, LLP
                                                       Attorneys for Plaintiff,
                                                       Massachusetts Mutual Life Insurance Company

                                                       By:_____
                                                          Brian W. Keatts

Date:   August 8, 2008

1123867_2