**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Massachusetts Mutual Life Insurance Company

ECF CASE

Case No. 08 CIV 7066 (GEL)

V.

AFFIDAVIT OF SERVICE

Hofstra University

-----------------------------------------------------------X
STATE OF NEW YORK   )
                    S.S.:
COUNTY OF NEW YORK)

NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

That on the 11th day of August, 2008, at approximately 2:10pm, deponent served a true copy of the SUMMONS IN A CIVIL ACTION, CIVIL ACTION COMPLAINT, CIVIL ACTION-RULE 7.1 AND CIVIL ACTION COVER SHEET upon HOFSTRA UNIVERSITY, c/o General Counsel at 101 Hofstra University, Room 201, Hempstead, NY, by personally delivering and leaving the same with TRICIA GARVEY, who informed deponent that she is an Administrative Assistant authorized by appointment to receive service at that address.

Tricia Garvey is a black female, approximately 35 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 130 pounds with black hair and brown eyes.

NELSON CARVAJAL #965441

Sworn to before me this
15th day of August, 2008

NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com